

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ALATORRE, et al., <br> Plaintiffs, <br> vs. <br> REYNALDO GONZALEZ, <br> Defendant. | Case No. CV 14-2175 UA <br><br> ORDER REMANDING ACTION |

For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

IT IS SO ORDERED.

DATED: 4/20, 2014

HON. GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE